UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00180-LK |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ARACELI SALAS, | |
| Defendant. | |

This matter comes before the Court on the Government's Motion for a Final Order of Forfeiture, Dkt. No. 406, seeking to forfeit to the United States Defendant Araceli Salas's interest in $3,800 in U.S. Currency, seized on or about October 25, 2022 from her residence, located at 3501 E. 54th Street, Maywood, California (the "Subject Property").

The Court, having reviewed the Government's Motion, as well as the other papers and pleadings filed in this matter, hereby finds that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- On October 22, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1)

FINAL ORDER OF FORFEITURE - 1

as property that facilitated or constitutes proceeds of Ms. Salas's commission of Conspiracy to Distribute Controlled Substances and Conspiracy to Commit Money Laundering. Dkt. No. 359 at 2.

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 405, and sent direct notice to one potential claimant as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A), *see* Dkt. No. 407 at 1. Although the notice was returned to sender as unclaimed, the United States used all available efforts to send notice by means reasonably calculated to reach the potential claimant. Dkt. No. 407 at 1–2, 5–8; *see also* Fed. R. Crim. P. 32.2(b)(6); Fed. R. Civ. P. Supp. R. G(4)(b).

- The time for filing third-party claims to the Subject Property has expired, and none were filed. Dkt. No. 406 at 3.

Now, therefore, the Court ORDERS the following:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States;

3. The United States Department of Justice, Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law; and

//

//

//

//

FINAL ORDER OF FORFEITURE - 2

4. The Court will retain jurisdiction for the purpose of enforcing the Final Order of Forfeiture as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

Dated this 29th day of January, 2025.

*Lauren King*

Lauren King
United States District Judge

FINAL ORDER OF FORFEITURE - 3